# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 5, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138161(56)

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v

ANTHONY MARION REDD,
            Defendant-Appellant.

_____

SC: 138161
COA: 283934
Oakland CC: 2007-215277-FH

    On order of the Chief Justice, the motion by plaintiff-appellee for leave to file a brief in excess of 50 pages is considered and it is GRANTED.



    I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 5, 2009

_____
Clerk